Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Road
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
520-465-3000
FAX 520-395-9495
azcrimlaw@gmail.com
Attorney for Alvarez-Ortega

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | ) |
| Plaintiff, | )  4:24-cr-01644-CKJ-EJM |
| vs. | ) **SENTENCING MEMORANDUM** |
| **Mynor Israel Macario-Lopez,** | ) |
| Defendant | ) |

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

Defendant Mynor Macario-Lopez, through counsel, submits the following Sentencing Memorandum in anticipation of sentencing.

Mynor Israel Macario-Lopez is a 36-year-old Guatemalan national who has pleaded guilty, pursuant to a written plea agreement, to illegal re-entry after deportation. He is scheduled for sentencing on July 15, 2024, but, through counsel, he has moved to expedite his sentencing date.

The plea agreement provides for a 2-level downward departure under the expedited disposition program. The Presentence Report correctly calculates

that Macario-Lopez' Base Offense Level is eight and assesses a 2-level downward departure based on Macario-Lopez' acceptance of responsibility. The resulting Total Offense Level is six. With the stipulated agreement for a 2-level downward departure for "fast-track," Macario-Lopez' Total Offense Level becomes four.

Macario-Lopez has no prior felony convictions of any kind. This federal felony conviction for illegal re-entry will be his first felony. Although his Criminal History is correctly calculated in the Presentence Report, it is interesting that the sentences imposed in October 2022 were for 12 months' probation and 78 days in jail for both the new offense and the 5-year-old driving offenses. The Criminal History calculation, however, may over-state Macario-Lopez' criminal history.

In March 2017, Macario-Lopez was charged in Martin County, Florida with driving under the influence of alcohol and driving without a driver's license, both misdemeanor offenses. It is unclear what court proceedings occurred, but the charge was filed after Macario-Lopez was turned over to immigration authorities. On August 23, 2017, Macario Lopez was deported from the United States.

More than five years later, on July 12, 2022, Macario-Lopez was charged in Martin County, Florida with battery, a misdemeanor. On October 7, 2022, Macario-Lopez was sentenced to 78 days in jail and 12 months' probation for both the battery offense and the 2017 driving under the influence of alcohol and driving without a license which were revived more than five years after being filed.

Macario-Lopez was deported from the United States on August 17, 2023.

Macario-Lopez is a 36-year-old Guatemalan father of three children and provides support for this mother, father, grandmother and his wife and children. He is a subsistence farmer in Guatemala growing corn and potatoes who

came to the United States after realizing that he could not provide for his family on subsistence farming alone.  He returned to the United States hopeful of finding employment as a roofer when he had previously earned about $170.00/day in Stuart, Florida.

He is deeply remorseful for his offense of entering the United States without permission but states that desperation to help his family drove him to commit the crime.

Based on the Total Offense Level of six and Criminal History Category of III, the Presentence Report calculates a Sentencing Guideline range of 2 to 8 months but recommends a sentence of 6 months.  The prosecution has stipulated, however, that a 2-level reduction for "fast-track" should be applied and this reduces the Offense Level to four and the range to 0 to 6 months.

At the time of this filing, Macario-Lopez has been in custody three (3) months and five (5) days.  A sentencing of "time-served" is appropriate.

SUBMITTED on June 10, 2024.

**FRANCISCO LEÓN**
*/s/ Francisco León*
Francisco León

# CERTIFICATE OF SERVICE

_X___   I hereby certify that on June 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. Cindy K. Jorgenson
United States District Judge

Hon. Eric J. Markovich
United States Magistrate Judge

Carson Reaves Gilbert
Assistant United States Attorney

_X___   I hereby certify that on June 10, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Mynor Israel Macario-Lopez
Reg. No. 03540-511